**Slip Op. 01-133**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
:
NSK LTD. and NSK CORPORATION,                    :
KOYO SEIKO CO., LTD. and KOYO                     :
CORPORATION OF U.S.A., NTN BEARING               :
CORPORATION OF AMERICA, NTN CORPORATION,:
AMERICAN NTN BEARING MANUFACTURING               :
CORPORATION, NTN DRIVESHAFT, INC.                :
and NTN-BOWER CORPORATION,                        :
:
     Plaintiffs and          :
     Defendant-Intervenors,  :
:
NIPPON PILLOW BLOCK SALES CO. LTD. and           :
FYH BEARING UNITS USA INC.,                       :
:
     Plaintiffs,             :
:
     v.                       :   Consol. Court No.
:   97-02-00216
UNITED STATES,                                    :
:
     Defendant,              :
:
     and                     :
:
THE TORRINGTON COMPANY,                           :
:
     Defendant-Intervenor    :
     and Plaintiff.          :
_____:

## JUDGMENT

    This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") <u>Final Results of Redetermination Pursuant to Court Remand</u> ("Remand Results"), <u>NSK Ltd. and NSK Corp. v. United States</u>, 2001 Ct. Intl. Trade LEXIS 76, Slip Op. 01-69 (CIT June 6, 2001) and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

     **ORDERED** that the Remand Results filed by Commerce on September 4, 2001, are affirmed in their entirety; and it is further

     **ORDERED** that since all other issues having been previously decided, this case is dismissed.

                                           _____
                                                 NICHOLAS TSOUCALAS
                                                   SENIOR JUDGE

Dated:    November 15, 2001
           New York, New York